### UNITED STATES of America, Plaintiff–Appellee,

v.

### Juan Esteban JUAREZ–AGUILAR, Defendant–Appellant.

### No. 04–10310. Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided June 22, 2005.

Christy Lee Drake, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Amarillo, TX, for Plaintiff–Appellee.

Juan Esteban Juarez–Aguilar, Forrest City, AR, pro se.

---

28. *Smith v. Robbins,* 528 U.S. 259, 285, 120 S.Ct. 746, 145 L.Ed.2d 756 (2000).

29. 28 U.S.C. § 2254(d)(1).

30. *Busby,* 359 F.3d at 713.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Counsel appointed for Juan Esteban Juarez–Aguilar has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Juarez has not responded to counsel's motion. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

